IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01236-RM-SKC

RAYMOND E. CLARK, BETTYJUNE CLARK, and
CHRYSTAL ANN MCCONNELL

    Plaintiffs,

v.

HYATT PLACE FRANCHISING, LLC,
NF II BOULDER OP CO, LLC,
HP BOULDER LLC,
NOBLE-INTERSTATE MANAGEMENT GROUP, LLC,
3001 PEARL, LLC,
SHORT ELLIOTT HENDRICKSON, INC.,
MILENDER WHITE CONSTRUCTION CO.,
GIVEN & ASSOCIATES, INC.,
COLORADO CODE CONSULTING, LLC,
DESIGN MECHANICAL INCORPORATED, and
MARXAIRE, INC.,

    Defendants.

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiffs, Raymond E. Clark, Bettyjune Clark and Chrystal McConnell and Defendants Hyatt Place Franchising, LLC, NF II Boulder Op Co, LLC, HP Boulder, LLC, Noble-Interstate Management Group, LLC, Milender White Construction Co., Design Mechanical Incorporated, and Marxaire, Inc., hereby notify this Court that they have reached an agreement resolving all pending claims between these parties in this matter.

The parties request that future court proceedings involving them be vacated in light of this settlement. The Parties anticipate being able to file a motion for dismissal with prejudice and proposed order with the Court within fourteen (14) days of the date of this notice. Each of these parties will bear its own costs and attorney's fees.

Dated this 6th day of September, 2022.

s/ *Tyson E. Logan*
Tyson E. Logan
Jason A. Neville
Michael F. Lutz
The Spence Law Firm, LLC
15 S. Jackson Street, P.O. Box 548
Jackson, WY 83001
307-733-7290
logan@spencelawyers.com
neville@spencelawyers.com
lutz@spencelawyers.com
Attorneys for Plaintiffs

s/ *Adam B. Wiens*
Adam B. Wiens
Victoria B. Hambley
Lewis Brisbois Bisgaard & Smith LLP
1700 Lincoln St., Ste. 4000
Denver, CO 80203
303-861-7760
Adam.Wiens@lewisbrisbois.com
Victoria.Hambley@lewisbrisbois.com
Attorneys for Hyatt Place Franchising, LLC

s/ *Jared R. Ellis*
Peter C. Middleton
Jared Richard Ellis
Hall & Evans LLC
1001 17th St., Ste. 300
Denver, CO 80202
303-628-3300
middletonp@hallevans.com
ellisj@hallevans.com
Attorneys for NF II Boulder Op Co, LLC; HP Boulder LLC; and Noble-Interstate Management Group, LLC

s/ *David M. Frommell*
Bret R. Gunnell
David M. Frommell
Beltzer Bangert & Gunnell LLP
7900 E. Union Ave., Ste. 920
Denver, CO 80237
720-576-7225
bret@bbglaw.com
david@bbglaw.com
Attorneys for Milender White Construction Co.

s/ *Giovanni M. Ruscitti*
Giovanni M. Ruscitti
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl St.
Boulder, CO 80302
303-402-1600
gmr@bhgrlaw.com
Attorneys for Design Mechanical Incorporated

                                            *s/ Eric D. Hevenor*
                                            L. Kathleen Chaney
                                            Jennifer J. Gifford
                                            Eric D. Hevenor
                                            Lambdin & Chaney, LLP
                                            4949 S. Syracuse St., Ste. 600
                                            Denver, CO 80237
                                            303-799-8889
                                            303-799-3700 (fax)
                                            kchaney@lclaw.net
                                            jgifford@lclaw.net
                                            ehevenor@lclaw.net
                                            Attorneys for Marxaire, Inc.

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing Notice of Settlement was served/filed via the CM/ECF system on this 6th day of September, 2022, and thereby served upon the following parties:

| **Counsel for Plaintiffs** | **Counsel for Marxaire, Inc.** |
|---|---|
| Tyson E. Logan | L. Kathleen Chaney |
| Jason Neville | Jennifer J. Gifford |
| Michael F. Lutz | Eric D. Hevenor |
| The Spence Law Firm, LLC | Lambdin & Chaney, LLP |
| 15 S. Jackson Street | 4949 South Syracuse Street, Suite 600 |
| P.O. Box 548 / Jackson, WY 83001 | Denver, CO 80237 |
| logan@spencelawyers.com | kchaeny@lclaw.net |
| neville@spencelawyers.com | jgifford@lclaw.net |
| lutz@spencelawyers.com | |
| | **Counsel for Milender White Construction Co.** |
| Todd Logan | Bret R. Gunnell |
| Edelson PC | David M. Frommell |
| 150 California Street, 18th Floor | Beltzer Bangert & Gunnell LLP |
| San Francisco, CA 94111 | 5420 South Quebec Street, Suite 103 |
| tlogan@edelson.com | Greenwood Village, CO 80111 |
| | bret@bbglaw.com |
| **Counsel for Hyatt Hotels Corporation and Hyatt Place Franchising, LLC** | david@bbglaw.com |
| | **Counsel for Design Mechanical, Inc.** |

Adam B. Wiens
Victoria B. Hambley
Lewis Brisbois Bisgaard & Smith LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Todd.seelman@lewisbrisbois.com
Jesse.Rodgers@lewisbrisbois.com
Victoria.Hambley@lewisbrisbois.com

**Counsel for 3001 Pearl, LLC**
Craig Blockwich
Blockwick Eisenstein Krahenbuhl, LLC
2672 North Park Drive, Suite 200
Lafayette, CO 80026
cnb@bek-law.com

Giovanni M. Ruscitti
Julie M. Earnest
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
gmr@bhgrlaw.com
jme@bhgrlaw.com

*Original duly signed and on file at the offices of Hall & Evans, LLC*

*s/ Lauri Rose*
Legal Assistant